# UNITED STATES DISTRICT COURT
## for the
### Middle District of Louisiana

2008 FEB 29 P 2: 23

United States of America )
v. )
 ) Case No: 00-182-JVP-DLD and 00-183-JVP-DLD
William Bernard Turner )
 ) USM No: 03523-095
Date of Previous Judgment: December 12, 2003 ) Jean M. Faria
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [ ] the defendant  [ ] the Director of the Bureau of Prisons  [x] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 [ ] DENIED.  [x] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __123__ months **is reduced to** __117 months__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __32__     Amended Offense Level: __31__
Criminal History Category: __III__     Criminal History Category: __III__
Previous Guideline Range: __151__ to __188__ months     Amended Guideline Range: __135__ to __168__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[x] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __12-12-03__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 29, 2008

_John V. Parker_
Judge's signature

Effective Date: March 13, 2008
(if different from order date)

John V. Parker, U.S. District Judge
Printed name and title